# Third District Court of Appeal

## State of Florida

Opinion filed February 3, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

Nos. 3D20-1093 & 3D20-1130
Lower Tribunal No. 18-41945

————————

**Milagros Rodriguez and Rodolfo Rodriguez,**
Appellants,

vs.

**Griselda Stanfield, et al.,**
Appellees.

Appeals under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Alan S. Fine, Judge.

Milagros Rodriguez, and Rodolfo Rodriguez, in proper persons.

Walter J. Harvey, School Board Attorney, and Jeff James, Assistant School Board Attorney; and Abigail Price-Williams, Miami-Dade County Attorney, and Benjamin D. Simon, Assistant County Attorney, for appellees.

Before LOGUE, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.